C. M. WILSON, APPELLANT, vs. S. A. JONES AND W. H. HARE AS CO-PARTNERS UNDER THE FIRM NAME AND STYLE OF JONES & HARE, FIRST NATIONAL BANK OF PENSACOLA, A CORPORATION EXISTING UNDER THE LAWS OF THE UNITED STATES, W. H. KNOWLES, AND J. R. WARREN AND B. B. WARREN, AS PARTNERS UNDER THE FIRM NAME AND STYLE OF J. R. WARREN & CO., APPELLEES.

Appeal from Circuit Court Escambia county.

*John C. Avery*, for Appellant.

*Blount & Blount*, for Appellees.

The bill in this case was filed by the appellant against. the appellees. There was decree dismissing supplemental bill of complaint, and the complainant appeals. The decree is affirmed.

Decision Per Curiam.

Application for rehearing denied May 18, 1897.